AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Christiane Celle and Antoine Verglas

V.

Calyspo Christiane Celle Holdings, LLC et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5264

JUDGE SULLIVAN

TO: (Name and address of Defendant)

Solera Capital LLC
625 Madison Avenue
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Pagano
Steven D. Greenblatt
Crowell & Moring LLP
153 E. 53rd Street
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

JUN 0 9 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE** 6/11/08 @ 2:34PM |
| **NAME OF SERVER** *(PRINT)* HARRY TORRES | **TITLE** PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 625 MADISON AVE NEW YORK, NY 10022 BY SERVING BRIAN MURPHY, THE MANAGER THEREOF.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/25/08
                    _____
                    Date

Signature of Server   HARRY TORRES LIC#915257

60 BURT DRIVE DEER PARK, NY 11729
                    *Address of Server*

SUSAN R. RAMIREZ
Notary Public State of New York
No. 5002939
Qualified in Suffolk County
Commission Expires Oct. 13, 20 10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.