AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Christiane Celle and Antoine Verglas

V.

Calyspo Christiane Celle Holdings, LLC et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 5264

JUDGE SULLIVAN

TO: (Name and address of Defendant)

Solera Capital GP, L.P.
625 Madison Avenue
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W, Pagano
Steven D. Greenblatt
Crowell & Moring LLP
153 E. 53rd Street
New York, New York 10022

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL McMAHON

DATE  JUN 0 9 2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/11/08 |
| NAME OF SERVER (PRINT) HARRY TORRES | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SOLERA CAPITAL GP, L.P. BY SERVING BRIAN MURPHY, AS MANAGING DIRECTOR

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/19/08
Date

Signature of Server
HARRY TORRES Lic #915257

60 BURT DRIVE DEER PARK, NY 11729
Address of Server

*Joan C. Lategano (signature)*

JOAN C. LATEGANO
Notary Public, State of New York
No. 01LA6019071
Qualified in Suffolk County
Commission Expires February 1, 20 11

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.