Steven E. Obus
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Attorneys for Defendants and Counterclaim-Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            )
Christiane Celle and Antoine Verglas,                       )
                                                            )
    Plaintiffs and Counterclaim-Defendants,             )   **F.R.C.P. 7.1 STATEMENT**
                                                            )
    v.                                                  )
                                                            )   **08 Civ. 5264 (RJS)**
Calypso Christiane Celle Holdings, LLC,                     )
Solera Capital LLC, Solera Partners, L.P.,                  )
Solera Capital GP, L.P., Solera GP, LLC,                    )
SCI Partners, L.P., and Solera GP II, LLC,                  )
                                                            )
    Defendants and Counterclaim-Plaintiffs.             )
                                                            )
------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants and Counterclaim-Plaintiffs Calypso Christiane Celle Holdings, LLC ("CCCH"), and Solera Capital LLC, Solera Partners, L.P., Solera Capital GP, L.P., Solera GP LLC, SCI Partners, L.P., and Solera GP II, LLC (collectively, the "Solera Defendants" and, with CCCH, "Defendants and Counterclaim-Plaintiffs"), certify that the Solera Defendants have no parent corporation and that there are no publicly held corporations that own 10% or more of its stock, and CCCH has no parent company and there are no publically held corporations that own 10% or more of its stock.

Dated: July 1, 2008

        Respectfully submitted,

        PROSKAUER ROSE LLP
        Attorneys for Defendants and
        Counterclaim-Plaintiffs

        By: /s/ Steven E. Obus
        Steven E. Obus

        1585 Broadway
        New York, New York  10036-8299
        (212) 969-3000