SULLIVAN, J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Christiane Celle and Antoine Verglas,

    Plaintiffs,

v.

Calypso Christiane Celle Holdings, LLC, Calypso Christiane Celle Holdings, LLC, Solera Capital LLC, Solera Partners, L.P., Solera Capial GP, L.P., Solera GP, LLC, SCI Partners, L.P., and Solera GPII, LLC

    Defendants

Case No.: 08-CV-5264 (RJS)

## STIPULATION

IT IS HEREBY STIPULATED, by and between plaintiffs Christiane Celle and Antoine Verglas (together, "Plaintiffs"), and defendants Calypso Christiane Celle Holdings, LLC, Calypso Christiane Celle Holdings, LLC, Solera Capital LLC, Solera Partners, L.P., Solera Capial GP, L.P., Solera GP, LLC, SCI Partners, L.P., and Solera GPII, LLC (together, "Defendants"), that the date by which Plaintiffs must respond to the Defendants' Counterclaims in the above-captioned action shall be extended from July 21, 2008 to and including August 20, 2008. No previous request for an extension of such time to respond has been made.

Dated: July 18, 2008

Respectfully Submitted,

_____
Steven E. Obus
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
212-969-3000
Attorneys for Defendants

_____
Jeffrey W. Pagano
Steven D. Greenblatt
CROWELL & MORING LLP
153 E. 53rd Street
New York, New York 10022
212-223-4000
Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J
7/18/08